UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Nancy E. Nash,

    Petitioner

v.

Warden Nevin, et al.,

    Respondents

2:16-cv-02645-JAD-CWH

**Order Dismissing and Closing Case**

Nevada state-prison inmate Nancy E. Nash has submitted a petition for writ of habeas corpus, but has not paid the filing fee or submitted an application to proceed *in forma pauperis* with supporting documentation as required by 28 USC § 1915(a)(2) and Local Rule LSR 1-2.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice to Nash initiating a new habeas action. Nash is instructed that, if she wishes to bring a new action, she must pay the filing fee or submit a completed application to proceed *in forma pauperis* with a signed financial certificate and statement of her inmate account. The Clerk of Court is instructed to SEND Nash a blank application to proceed *in forma pauperis* for incarcerated litigants and to CLOSE THIS CASE.

Dated December 12, 2016

                                                            _____
                                                            Jennifer A. Dorsey
                                                            United States District Judge