UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nancy E. Nash, <br>         Petitioner <br> v. <br> Warden Nevin, *et al.*, <br>         Respondents | Case No. 2:16-cv-02645-JAD-CWH <br><br> **Order Denying Motions for Release** <br><br> [ECF Nos. 6, 7] |

The court dismissed this habeas corpus action on December 12, 2016, and entered judgement because petitioner Nancy E. Nash did not pay the filing fee or apply to proceed *in forma pauperis*.[1] Nash took no further action in this case until January and February of 2019, when she filed two notices and two motions, each indicating that she believes some court has ordered her released from prison and asking this court to take action to effectuate her release.[2] Nash's motions are untimely if viewed as post-judgment motions in this action. They also appear to be fanciful and completely without merit.

**IT IS THEREFORE ORDERED** that the petitioner's Motion for Release with Provisions and her Motion to Release Petitioner to U.M.C. Medical Center **[ECF Nos. 6 and 7]** are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to accept no further filings in this case.

---

[1] ECF Nos. 1, 2, 3. The dismissal was without prejudice to Nash properly initiating a new habeas action. *See* ECF No. 2.

[2] ECF Nos. 4, 5, 6, 7.

1

And because I conclude that reasonable jurists would not find this ruling debatable, **IT IS FURTHER ORDERED that the petitioner is denied a certificate of appealability** for this order.

Dated: February 26, 2019

_____
U.S. District Judge Jennifer A. Dorsey